IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANAEL NYAMEKYE, | No. 4:23-CV-01541 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| U.S. IMMIGRATION and CUSTOMS ENFORCEMENT, | |
| Respondent. | |

## ORDER

**AND NOW**, this 30th day of April 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Nathanael Nyamekye's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED** without prejudice.

2. Petitioner's motion to appoint counsel (Doc. 15) and motion for a temporary restraining order (Doc. 16) are **DISMISSED** as moot in light of paragraph 1 above.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge